## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

Date: February 9, 2026

| | |
|---|---|
| JOSE DE JESUS LOPEZ MACIAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )  Case No. CIV-26-00174-JD |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
| Respondents. | ) |

### ENTER ORDER:

The undersigned district judge's husband is on military orders and detailed as a temporary immigration judge, outside of this judicial district, outside the Tenth Circuit, and outside the State of Oklahoma, for an anticipated six-month period (anticipated until the end of March 2026). Judge Dishman has reviewed the above-captioned matter and does not see a conflict or view her husband's military orders and temporary detail as a reason to recuse in this matter. However, she makes this disclosure and is imposing the following deadlines for either Petitioner or Respondents to request her recusal and for reassignment to another district judge. To request Judge Dishman's recusal and for reassignment to another district judge under the process and deadlines in this order, counsel for the party may contact the Clerk of Court, Joan Kane, by either telephone at 405-609-5050 or e-mail at Joan_Kane@okwd.uscourts.gov.

- **Petitioner and Respondents**: the deadline to request recusal and reassignment to another district judge using the above method is 7 days from the date of this order.

The Court directs the Clerk of Court to send a copy of this Enter Order to the United States Attorney for the Western District of Oklahoma.

Should counsel for either party request additional information regarding this disclosure or order or should either party request a conference (in-person or by telephone) with the undersigned judge regarding this disclosure or order, they must promptly contact the undersigned district judge's chambers at 405-609-5520 before the deadline listed above. Should either party request an extension of their deadline imposed by this order, the party shall file the motion to extend in advance of the party's deadline.

2

ENTERED AT THE DIRECTION OF THE HONORABLE JODI W. DISHMAN.

JOAN KANE, CLERK

By:   /s/ Carol Ditta
            Deputy Clerk

2