**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **JOSE DE JESUS LOPEZ MACIAS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-174-G** |
| | ) | |
| **MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security, et al.,** | ) | |
| | ) | |
| **Respondents.**[1] | ) | |

**ORDER**

Petitioner Jose de Jesus Lopez Macias filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging his detention by U.S. Immigration and Customs Enforcement. On August 5, 2026, Respondents filed a Notice (Doc. No. 11), asserting that Petitioner is now subject to a final order of removal and is being detained pursuant to 8 U.S.C. § 1231(a). *See id.* at 1; *id.* Ex. 1 (Doc. No. 11-1) at 1-4. The Court directed Petitioner to show cause why the Petition "should not be dismissed as moot." Order to Show Cause (Doc. No. 12) at 2.

On September 29, 2026, Petitioner filed a Response (Doc. No. 14) stating that "he is subject to a final order of removal and remains in custody awaiting removal." *Id.* at 1. Petitioner further states that he "does not oppose dismissal of the claim in the Petition as

[1] The appearing Respondents are: Secretary Mullin; Todd Blanche, U.S. Attorney General; and Robert Cerna, Acting Field Office Director of Enforcement and Removal Operations, ICE Dallas Field Office, Immigration and Customs Enforcement.

moot." *Id.*[2]

Because Petitioner is subject to detention pursuant to 8 U.S.C. § 1231(a), rather than 8 U.S.C. §§ 1225 or 1226, his habeas claims are moot. *See id.* at 1-2; *see also Singh v. Mullin*, No. CIV-26-556-D, 2026 WL 2405560, at *2-3 (W.D. Okla. May 27, 2026) (R. & R.), *adopted*, 2026 WL 2058953 (W.D. Okla. July 16, 2026). Dismissal is therefore warranted. *See Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

CONCLUSION

The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 3rd day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge

[2] Excusable neglect and good cause having been shown, the Court GRANTS Petitioner's Motion (Doc. No. 13) and accepts the Response as timely filed.